IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
CASE NO. 02 CR 271-02 (LAP)

| UNITED STATES OF AMERICA | ) | ORDER ON MOTION FOR |
| --- | --- | --- |
| | ) | REDUCTION IN SENTENCE |
| V. | ) | UNDER 18 U.S.C. § 3582(c)(1)(A) |
| CHEN XIANG | ) | (COMPASSIONATE RELEASE) |
| | ) | |

Upon motion of the defendant, Chen Xiang (51394-054) for a reduction in sentence pursuant to 18 U.S.C. § 3582(c)(1)(A), and after considering the applicable factors set forth in 18 U.S.C. § 3553(a) and the applicable policy statements issued by the Sentencing Commission to the extent they are relevant to whether a deduction is warranted (and, if so, the amount of the reduction),

IT IS ORDERED that the motion is GRANTED.

The defendant's previously imposed sentence of imprisonment of 754 months is reduced to Time Served Plus Three Months.

IT IS SO ORDERED.

__July 7, 2022__
DATE

__Loretta A. Preska__
UNITED STATES DISTRICT JUDGE